# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re: PATAPHYSICAL BROADCASTING FOUNDATIO § Case No. 16-52317
§
KUSP 88.9 FM §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN W. RICHARDSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,105.62  Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $518,485.19  Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $158,283.61

3) Total gross receipts of $ 676,768.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $676,768.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $601.98 | $165,632.95 | $176,435.77 | $176,435.77 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 158,283.61 | 158,283.61 | 158,283.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 44,036.72 | 21,227.00 | 21,227.00 | 21,227.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 614,738.36 | 589,957.07 | 589,957.07 | 320,822.42 |
| **TOTAL DISBURSEMENTS** | $659,377.06 | $935,100.63 | $945,903.45 | $676,768.80 |

4) This case was originally filed under Chapter 7 on August 12, 2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/27/2017       By: /s/JOHN W. RICHARDSON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Checking Account at Santa Cruz Communit | 1129-000 | 74.74 |
| Deposit Account Account at Comerica Bank - Calif | 1129-000 | 31,447.38 |
| Business Checking Acount Account at Comerica Ban | 1129-000 | 2,129.72 |
| Payroll Account Account at Comerica Bank - Calif | 1129-000 | 2,382.68 |
| Savings Account Account at Santa Cruz Community | 1129-000 | 22.82 |
| Money Market Account at Santa Cruz Community Cre | 1129-000 | 3,222.06 |
| Prepaid Insurance | 1129-000 | 4,853.44 |
| Non-Commercial FCC Broadcasting License (FCC Lic | 1129-000 | 605,000.00 |
| Office and Broadcast Equipment. Valuation Method | 1129-000 | 26,022.25 |
| ACCOUNTS RECEIVABLE | 1221-000 | 877.70 |
| REFUNDS | 1229-000 | 736.01 |
| **TOTAL GROSS RECEIPTS** | | **$676,768.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Santa Cruz Community Credit Union | 4210-000 | 601.98 | 165,632.95 | 176,435.77 | 176,435.77 |
| **TOTAL SECURED CLAIMS** | | | **$601.98** | **$165,632.95** | **$176,435.77** | **$176,435.77** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN W. RICHARDSON | 2100-000 | N/A | 37,088.44 | 37,088.44 | 37,088.44 |
| Trustee Expenses - JOHN W. RICHARDSON | 2200-000 | N/A | 767.41 | 767.41 | 767.41 |
| Other - FEDEX | 2990-000 | N/A | 183.25 | 183.25 | 183.25 |
| Other - DENTONS US LLP | 3210-000 | N/A | 22,367.50 | 22,367.50 | 22,367.50 |
| Other - RINCON LAW LLP | 3210-000 | N/A | 10,095.00 | 10,095.00 | 10,095.00 |
| Other - DENTONS US LLP | 3220-000 | N/A | 159.10 | 159.10 | 159.10 |
| Other - KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | 3410-000 | N/A | 6,855.00 | 6,855.00 | 6,855.00 |
| Other - KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | 3420-000 | N/A | 185.86 | 185.86 | 185.86 |
| Auctioneer for Trustee Fees (including buyers premiums) - HARVEY BENDIX | 3610-000 | N/A | 3,148.29 | 3,148.29 | 3,148.29 |
| Auctioneer for Trustee Expenses - HARVEY BENDIX AUCTIONEERS | 3620-000 | N/A | 4,700.00 | 4,700.00 | 4,700.00 |
| Other - JOHN SCHMITZ & ASSOCIATES | 3711-000 | N/A | 1,335.00 | 1,335.00 | 1,335.00 |
| Other - JOHN SCHMITZ & ASSOCIATES | 3712-000 | N/A | 50.76 | 50.76 | 50.76 |
| Other - GARVEY SCHUBERT BARER | 3210-600 | N/A | 30,655.25 | 30,655.25 | 30,655.25 |
| Other - GARVEY SCHUBERT BARER | 3220-610 | N/A | 28.36 | 28.36 | 28.36 |
| Other - AMS | 2420-000 | N/A | 1,735.76 | 1,735.76 | 1,735.76 |
| Other - Park Place, LLC | 2410-000 | N/A | 26,152.76 | 26,152.76 | 26,152.76 |
| Other - NPG OF MONTEREY-SALINAS CA, LLC DBA KION | 2410-000 | N/A | 7,627.86 | 7,627.86 | 7,627.86 |
| Other - MONTEREY COE | 2410-000 | N/A | 2,050.02 | 2,050.02 | 2,050.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.66 | 47.66 | 47.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.46 | 42.46 | 42.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 108.13 | 108.13 | 108.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.35 | 109.35 | 109.35 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 16.99 | 16.99 | 16.99 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 137.47 | 137.47 | 137.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 122.22 | 122.22 | 122.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 480.03 | 480.03 | 480.03 |
| Other - HARVEY BENDIX AUCTIONEERS | 2820-000 | N/A | 2,033.68 | 2,033.68 | 2,033.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $158,283.61 | $158,283.61 | $158,283.61 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | Employment Development Department | 5800-000 | N/A | 21,227.00 | 21,227.00 | 21,227.00 |
| NOTFILED | Unemployment Services Trust | 5200-000 | 44,036.72 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $44,036.72 | $21,227.00 | $21,227.00 | $21,227.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | StreamGuys, Inc. | 7100-000 | 90.00 | 90.00 | 90.00 | 49.34 |
| 3 | Radio Research Consortium, Inc. | 7100-000 | 2,155.00 | 2,155.00 | 2,155.00 | 1,181.22 |
| 4 | NPG of Monterey Salinas dba KION/KMUV/NION | 7100-000 | 1,304.14 | 4,518.42 | 4,518.42 | 2,476.67 |
| 5 | Window To The World Communications, Inc. | 7100-000 | 650.00 | 650.00 | 650.00 | 356.28 |
| 7 | Kelly Erin O'Brien | 7100-000 | 35,000.00 | 70,388.35 | 70,388.35 | 38,581.78 |
| 8 | National Public Radio, Inc. | 7100-000 | 356,960.17 | 431,854.72 | 431,854.72 | 236,711.38 |
| 9 | Public Media Company | 7100-000 | 25,000.00 | 25,000.00 | 25,000.00 | 13,703.18 |
| 10 | Terry W. Green | 7100-000 | 18,000.00 | 18,000.00 | 18,000.00 | 9,866.29 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Amount | Allowed | Allowed2 | Paid |
|---|---|---|---|---|---|---|
| 11 | Garvey, Schubert & Barer | 7100-000 | 9,472.09 | 12,130.18 | 12,130.18 | 6,648.88 |
| 13 | Park Place, LLC | 7100-000 | N/A | 20,519.68 | 20,519.68 | 11,247.40 |
| 14 | Greater Public | 7200-000 | 375.00 | 4,650.72 | 4,650.72 | 0.00 |
| NOTFILED | Ron Warrens Engineering Service | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Geo. H. Wilson, Inc. | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | FJC | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ENCO Systems, Inc. | 7100-000 | 257.00 | N/A | N/A | 0.00 |
| NOTFILED | Frieda C. Fox Foundation | 7100-000 | 2,090.12 | N/A | N/A | 0.00 |
| NOTFILED | Home and Small Business Tech, LLC | 7100-000 | 361.00 | N/A | N/A | 0.00 |
| NOTFILED | Lloyd Jones | 7100-000 | 75.46 | N/A | N/A | 0.00 |
| NOTFILED | Bonnie Jean Primbsch | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | CSFCC Solutions In Education Community Foundation of | 7100-000 | 168.71 | N/A | N/A | 0.00 |
| NOTFILED | Mitchell Jackman, Esq. | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Neofunds by Neopost | 7100-000 | 511.21 | N/A | N/A | 0.00 |
| NOTFILED | Michael Lee Foundation | 7100-000 | 37,593.93 | N/A | N/A | 0.00 |
| NOTFILED | NPG of Monterey Salinas dba KION | 7100-000 | 1,326.07 | N/A | N/A | 0.00 |
| NOTFILED | Matheson/Aeris | 7100-000 | 23.71 | N/A | N/A | 0.00 |
| NOTFILED | Bonnie Jean Primbsch | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacifica Foundation | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Monterey County Office of Education | 7100-000 | 326.68 | N/A | N/A | 0.00 |
| NOTFILED | PRX | 7100-000 | 174.35 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 11.17 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 279.53 | N/A | N/A | 0.00 |
| NOTFILED | Blue Shield of California | 7100-000 | 428.87 | N/A | N/A | 0.00 |
| NOTFILED | Armanino LLP | 7100-000 | 5,440.25 | N/A | N/A | 0.00 |
| NOTFILED | A-Ware Software, Inc/Music Master | 7100-000 | 411.00 | N/A | N/A | 0.00 |
| NOTFILED | American Public Media | 7100-000 | 56,345.48 | N/A | N/A | 0.00 |
| NOTFILED | Sprintron | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporation for Public Broadcasting | 7100-000 | 11,297.42 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$614,738.36** | **$589,957.07** | **$589,957.07** | **$320,822.42** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-52317  
**Case Name:** PATAPHYSICAL BROADCASTING FOUNDATIO

**Period Ending:** 09/27/17

**Trustee:** (001042) JOHN W. RICHARDSON  
**Filed (f) or Converted (c):** 08/12/16 (f)  
**§341(a) Meeting Date:** 09/09/16  
**Claims Bar Date:** 11/21/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash on hand<br>    DEPOSITED INTO BANK ACCT | 14.73 | 14.73 | | 0.00 | FA |
| 2 Business Checking Account at Santa Cruz Communit | 74.74 | 74.74 | | 74.74 | FA |
| 3 Deposit Account Account at Comerica Bank - Calif | 31,437.88 | 31,437.88 | | 31,447.38 | FA |
| 4 Business Checking Acount Account at Comerica Ban | 54.05 | 54.05 | | 2,129.72 | FA |
| 5 Payroll Account Account at Comerica Bank - Calif | 1,349.57 | 1,349.57 | | 2,382.68 | FA |
| 6 Savings Account Account at Santa Cruz Community | 22.82 | 22.82 | | 22.82 | FA |
| 7 Money Market Account at Santa Cruz Community Cre | 3,245.91 | 3,245.91 | | 3,222.06 | FA |
| 8 Prepaid Rent<br>    DEBTOR HAD UNPAID PREPETITION RENTS | 800.00 | 800.00 | | 0.00 | FA |
| 9 Prepaid Insurance | 2,347.48 | 2,347.48 | | 4,853.44 | FA |
| 10 Software Support<br>    PREPAID NO VALUE | 5,382.39 | 5,382.39 | | 0.00 | FA |
| 11 DEI Annual<br>    PREPAID NO VALUE | 254.50 | 254.50 | | 0.00 | FA |
| 12 Collectables (Posters and Art) Historical Recor<br>    TRUSTEE INSPECTED PROPERTY NO VALUE TO ESTATE ABANDONED UPON CASE CLOSURE. | Unknown | 0.00 | | 0.00 | FA |
| 13 KUSP.org internet domain. Valuation Method:<br>    NO VALUE | Unknown | 0.00 | | 0.00 | FA |
| 14 Non-Commercial FCC Broadcasting License (FCC Lic<br>    PER ORDER SOLD TO EDUCATIONAL MEDIA FOUNDATION | Unknown | 0.00 | | 605,000.00 | FA |
| 15 Goodwill. Valuation Method:<br>    NO VALUE | Unknown | 0.00 | | 0.00 | FA |
| 16 Membership List (Debtor has promised not to sell<br>    NO VALUE | Unknown | 0.00 | | 0.00 | FA |
| 17 Leasehold Improvements. Valuation Method: Tax re<br>    NO VALUE TO ESTATE | 1,654.00 | 1,654.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-52317  
**Case Name:** PATAPHYSICAL BROADCASTING FOUNDATIO  

**Period Ending:** 09/27/17

**Trustee:** (001042) JOHN W. RICHARDSON  
**Filed (f) or Converted (c):** 08/12/16 (f)  
**§341(a) Meeting Date:** 09/09/16  
**Claims Bar Date:** 11/21/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Office and Broadcast Equipment. Valuation Method LIQUIDATION SALE PER ORDER AFTER INVENTORY AND APPRAISAL | 118,000.00 | 118,000.00 | | 26,022.25 | FA |
| 19 | ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | | 877.70 | FA |
| 20 | REFUNDS (u) | 0.00 | 0.00 | | 736.01 | FA |
| 21 | RECORD AND CD LIBRARY INCLUDED WITH LIQUIDATION SALE OF EQUIPMENT SEE ASSET #18 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 21 | **Assets** Totals (Excluding unknown values) | **$169,638.07** | **$169,638.07** | | **$676,768.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

SALE OF RADIO STATION ASSETS INCLUDING FCC LICENSE, CLAIMS REVIEW COMPLETE. TAX RETURNS COMPLETE. TFR PREP IN PROGRESS.

**Initial Projected Date Of Final Report (TFR):** March 31, 2017   **Current Projected Date Of Final Report (TFR):** April 19, 2017 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-52317  
**Case Name:** PATAPHYSICAL BROADCASTING FOUNDATIO  
**Taxpayer ID #:** **-***8316  
**Period Ending:** 09/27/17  

**Trustee:** JOHN W. RICHARDSON (001042)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/16 | | COMERICA BANK | TURNOVER OF FUNDS IN BANK ACCOUNTS | | 35,959.78 | | 35,959.78 |
| | {3} | | 31,447.38 | 1129-000 | | | 35,959.78 |
| | {4} | | 2,129.72 | 1129-000 | | | 35,959.78 |
| | {5} | | 2,382.68 | 1129-000 | | | 35,959.78 |
| 09/02/16 | 101 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | SEPT BASE RENT TRANSMITTER LOCATION | 2410-000 | | 731.14 | 35,228.64 |
| 09/02/16 | 102 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | SEPT ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 34,765.64 |
| 09/02/16 | 103 | MONTEREY COE | ANNUAL SUBLEASE FEE MONTHLY PAYMENT | 2410-000 | | 410.02 | 34,355.62 |
| 09/12/16 | 104 | AMS | INSURANCE PAYMENT MEMBER #16989 | 2420-000 | | 1,158.06 | 33,197.56 |
| 09/12/16 | 105 | JOHN SCHMITZ & ASSOCIATES | APPRAISER FEES PER ORDER APPOINTING (BALANCE TO BE PAID UPON FURTHER ORDER) | 3711-000 | | 1,000.00 | 32,197.56 |
| 09/19/16 | {19} | CITY OF SANTA CRUZ | ACCOUNTS RECEIVABLE - RADIO ADS | 1221-000 | 518.70 | | 32,716.26 |
| 09/22/16 | 106 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | AUG BASE RENT TRANSMITTER LOCATION | 2410-000 | | 731.14 | 31,985.12 |
| 09/22/16 | 107 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | AUG ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 31,522.12 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.66 | 31,474.46 |
| 10/12/16 | 108 | MONTEREY COE | ANNUAL SUBLEASE FEE MONTHLY PAYMENT | 2410-000 | | 410.00 | 31,064.46 |
| 10/12/16 | 109 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | OCT BASE RENT TRANSMITTER LOCATION | 2410-000 | | 731.14 | 30,333.32 |
| 10/12/16 | 110 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | OCT ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 29,870.32 |
| 10/12/16 | 111 | AMS | INSURANCE PAYMENT MEMBER #16989 | 2420-000 | | 577.70 | 29,292.62 |
| 10/27/16 | {14} | EDUCATIONAL MEDIA FOUNDATION | OVERBID - PURCHASE OF KUSP | 1129-000 | 40,000.00 | | 69,292.62 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.46 | 69,250.16 |
| 11/08/16 | | SANTA CRUZ COMMUNITY CREDIT UNION | TURNOVER OF FUNDS IN ACCOUNT. | | 3,319.62 | | 72,569.78 |
| | {2} | | 74.74 | 1129-000 | | | 72,569.78 |
| | {6} | | 22.82 | 1129-000 | | | 72,569.78 |
| | {7} | | 3,222.06 | 1129-000 | | | 72,569.78 |
| 11/08/16 | {9} | UST (UNEMPLOYMENT SERVICES TRUST) | REFUND ON ACCOUNT | 1129-000 | 4,853.44 | | 77,423.22 |

Subtotals: $84,651.54  $7,228.32

{} Asset reference(s)

Printed: 09/27/2017 12:37 PM   V.13.30

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-52317 | | Trustee: | JOHN W. RICHARDSON (001042) |
|---|---|---|---|---|
| Case Name: | PATAPHYSICAL BROADCASTING FOUNDATIO | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***8316 | | Blanket Bond: | $68,238,664.00 (per case limit) |
| Period Ending: | 09/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/14/16 | 112 | MONTEREY COE | ANNUAL SUBLEASE FEE MONTHLY PAYMENT | 2410-000 | | 410.00 | 77,013.22 |
| 11/14/16 | 113 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | NOV ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 76,550.22 |
| 11/14/16 | 114 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | NOV ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 76,087.22 |
| 11/17/16 | {20} | VOYANT COMMUNICATIONS, LLC | REFUND~ | 1229-000 | 44.01 | | 76,131.23 |
| 11/28/16 | 115 | FEDEX | EXPRESS MAIL CHARGES | 2990-000 | | 77.23 | 76,054.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.13 | 75,945.87 |
| 12/14/16 | {19} | SOUTHERN CALIFORNIA PUBLIC RADIO | PAYMENT FOR PRODUCTION STUDIO RENTAL | 1221-000 | 150.00 | | 76,095.87 |
| 12/14/16 | {19} | ENSEMBLE MONTEREY | CONCERT EXPENSES: ADVERTISING | 1221-000 | 209.00 | | 76,304.87 |
| 12/27/16 | 116 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | NOV BALANCE OF BASE RENT FOR TRANSMITTER LOCATION | 2410-000 | | 268.14 | 76,036.73 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.35 | 75,927.38 |
| 01/09/17 | | HARVEY BENDIX AUCTIONEERS | PROCEEDS FROM AUCTION | | 20,988.57 | | 96,915.95 |
| | {18} | | GROSS AUCTION PROCEEDS 23,022.25 | 1129-000 | | | 96,915.95 |
| | | | SALES TAX PAID TO SBE BY AUCTIONEER -2,033.68 | 2820-000 | | | 96,915.95 |
| 01/09/17 | 117 | MONTEREY COE | ANNUAL SUBLEASE FEE MONTHLY PAYMENT | 2410-000 | | 410.00 | 96,505.95 |
| 01/09/17 | 118 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | DEC BASE RENT TRANSMITTER LOCATION | 2410-000 | | 731.14 | 95,774.81 |
| 01/10/17 | 119 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | DEC ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 95,311.81 |
| 01/17/17 | 120 | HARVEY BENDIX AUCTIONEERS | Auctioneer fees per order 1/9/17 Stopped on 01/25/17 | 3610-000 | | 3,148.29 | 92,163.52 |
| 01/17/17 | 121 | HARVEY BENDIX AUCTIONEERS | Auctioneer Expenses per order 1/9/17 Stopped on 01/25/17 | 3620-000 | | 4,700.00 | 87,463.52 |
| 01/20/17 | 122 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2017 FOR CASE #16-52317, 2017 BOND | 2300-000 | | 16.99 | 87,446.53 |
| 01/25/17 | {18} | HARVEY BENDIX AUCTIONEERS | ADDITIONAL PROCEEDS FROM AUCTION | 1129-000 | 3,000.00 | | 90,446.53 |
| 01/25/17 | 120 | HARVEY BENDIX AUCTIONEERS | Auctioneer fees per order 1/9/17 Stopped: check issued on 01/17/17 | 3610-000 | | -3,148.29 | 93,594.82 |
| 01/25/17 | 121 | HARVEY BENDIX AUCTIONEERS | Auctioneer Expenses per order 1/9/17 Stopped: check issued on 01/17/17 | 3620-000 | | -4,700.00 | 98,294.82 |

Subtotals: $24,391.58 $3,519.98

{} Asset reference(s)     Printed: 09/27/2017 12:37 PM   V.13.30

Case: 16-52317   Doc# 62   Filed: 11/10/17   Entered: 11/10/17 23:24:14   Page 10 of 13

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-52317 | | Trustee: | JOHN W. RICHARDSON (001042) |
|---|---|---|---|---|
| Case Name: | PATAPHYSICAL BROADCASTING FOUNDATIO | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***8316 | | Blanket Bond: | $68,238,664.00 (per case limit) |
| Period Ending: | 09/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/17 | 123 | HARVEY BENDIX AUCTIONEERS | AUCTIONEER FEES PER ORDER | 3610-000 | | 3,148.29 | 95,146.53 |
| 01/25/17 | 124 | HARVEY BENDIX AUCTIONEERS | AUCTIONEER EXPENSES PER ORDER | 3620-000 | | 4,700.00 | 90,446.53 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.47 | 90,309.06 |
| 02/14/17 | {20} | THE ZENITH | WORKER'S COMPENSATION INSURANCE REFUND. | 1229-000 | 605.00 | | 90,914.06 |
| 02/14/17 | 125 | MONTEREY COE | ANNUAL SUBLEASE FEE MONTHLY PAYMENT | 2410-000 | | 410.00 | 90,504.06 |
| 02/14/17 | 126 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | JAN BASE RENT TRANSMITTER LOCATION | 2410-000 | | 731.14 | 89,772.92 |
| 02/14/17 | 127 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | JAN ADDITIONAL RENT FOR UTILITIES TRANSMITTER LOCATION | 2410-000 | | 463.00 | 89,309.92 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.22 | 89,187.70 |
| 03/14/17 | {20} | THE ZENITH | WORKER'S COMPENSATION INSURANCE REFUND. | 1229-000 | 87.00 | | 89,274.70 |
| 03/16/17 | {14} | EDUCATIONAL MEDIA | BALANCE OF PURCHASE PRICE FOR SALE OF LICENSE PER ORDER | 1129-000 | 565,000.00 | | 654,274.70 |
| 03/20/17 | 128 | Santa Cruz Community Credit Union | PER ORDER 3/17/17 PAYMENT OF SECURED CLAIM | 4210-000 | | 176,435.77 | 477,838.93 |
| 03/27/17 | 129 | NPG OF MONTEREY-SALINAS CA, LLC DBA KION | FINAL RENT FOR TRANSMITTER LOCATION | 2410-000 | | 463.02 | 477,375.91 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 480.03 | 476,895.88 |
| 04/03/17 | 130 | FEDEX | EXPRESS MAIL CHARGES | 2990-000 | | 106.02 | 476,789.86 |
| 06/30/17 | 131 | JOHN SCHMITZ & ASSOCIATES | Dividend paid 100.00% on $1,335.00, Appraiser for Trustee Fees;  Reference: | 3711-000 | | 335.00 | 476,454.86 |
| 06/30/17 | 132 | JOHN SCHMITZ & ASSOCIATES | Dividend paid 100.00% on $50.76, Appraiser for Trustee Expenses;  Reference: | 3712-000 | | 50.76 | 476,404.10 |
| 06/30/17 | 133 | DENTONS US LLP | Dividend paid 100.00% on $22,367.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 22,367.50 | 454,036.60 |
| 06/30/17 | 134 | DENTONS US LLP | Dividend paid 100.00% on $159.10, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 159.10 | 453,877.50 |
| 06/30/17 | 135 | JOHN W. RICHARDSON | Dividend paid 100.00% on $767.41, Trustee Expenses;  Reference: | 2200-000 | | 767.41 | 453,110.09 |
| 06/30/17 | 136 | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | Dividend paid 100.00% on $6,855.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 6,855.00 | 446,255.09 |
| 06/30/17 | 137 | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | Dividend paid 100.00% on $185.86, Accountant for Trustee Expenses (Other Firm); | 3420-000 | | 185.86 | 446,069.23 |

Subtotals : $565,692.00  $217,917.59

{} Asset reference(s)

Case: 16-52317  Doc# 62  Filed: 11/10/17  Entered: 11/10/17 23:24:14  Page 11 of 13
Printed: 09/27/2017 12:37 PM  V.13.30

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-52317  
**Case Name:** PATAPHYSICAL BROADCASTING FOUNDATIO  

**Taxpayer ID #:** **-***8316  
**Period Ending:** 09/27/17

**Trustee:** JOHN W. RICHARDSON (001042)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 06/30/17 | 138 | GARVEY SCHUBERT BARER | Dividend paid 100.00% on $30,655.25, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 30,655.25 | 415,413.98 |
| 06/30/17 | 139 | GARVEY SCHUBERT BARER | Dividend paid 100.00% on $28.36, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 28.36 | 415,385.62 |
| 06/30/17 | 140 | RINCON LAW LLP | Dividend paid 100.00% on $10,095.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 10,095.00 | 405,290.62 |
| 06/30/17 | 141 | JOHN W. RICHARDSON | Dividend paid 100.00% on $37,088.44, Trustee Compensation; Reference: | 2100-000 | | 37,088.44 | 368,202.18 |
| 06/30/17 | 142 | Park Place, LLC | Dividend paid 100.00% on $26,152.76, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 26,152.76 | 342,049.42 |
| 06/30/17 | 143 | Employment Development Department | CLAIM #12<br>PERCENT PAID 100.00%<br>FINAL DISTRIBUTION PER ORDER | 5800-000 | | 21,227.00 | 320,822.42 |
| 06/30/17 | 144 | StreamGuys, Inc. | CLAIM #2<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 49.34 | 320,773.08 |
| 06/30/17 | 145 | Radio Research Consortium, Inc. | CLAIM #3<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 1,181.22 | 319,591.86 |
| 06/30/17 | 146 | NPG of Monterey Salinas dba KION/KMUV/NION | CLAIM #4<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 2,476.67 | 317,115.19 |
| 06/30/17 | 147 | Window To The World Communications, Inc. | CLAIM #5<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 356.28 | 316,758.91 |
| 06/30/17 | 148 | Kelly Erin O'Brien | CLAIM #7<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 38,581.78 | 278,177.13 |
| 06/30/17 | 149 | National Public Radio, Inc. | CLAIM #8<br>PERCENT PAID 54.81% | 7100-000 | | 236,711.38 | 41,465.75 |

Subtotals : $0.00 $404,603.48

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-52317  
**Case Name:** PATAPHYSICAL BROADCASTING FOUNDATIO  

**Taxpayer ID #:** **-***8316  
**Period Ending:** 09/27/17  

**Trustee:** JOHN W. RICHARDSON (001042)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | FINAL DISTRIBUTION PER ORDER | | | | |
| 06/30/17 | 150 | Public Media Company | CLAIM #9<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 13,703.18 | 27,762.57 |
| 06/30/17 | 151 | Terry W. Green | CLAIM #10<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 9,866.29 | 17,896.28 |
| 06/30/17 | 152 | Garvey, Schubert & Barer | CLAIM #11<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 6,648.88 | 11,247.40 |
| 06/30/17 | 153 | Park Place, LLC | CLAIM #13<br>PERCENT PAID 54.81%<br>FINAL DISTRIBUTION PER ORDER | 7100-000 | | 11,247.40 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 674,735.12 | 674,735.12 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 674,735.12 | 674,735.12 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$674,735.12** | **$674,735.12** | |

Net Receipts : 674,735.12  
Plus Gross Adjustments : 2,033.68  
Net Estate : $676,768.80  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******8066 | 674,735.12 | 674,735.12 | 0.00 |
| | $674,735.12 | $674,735.12 | $0.00 |

{} Asset reference(s)